# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tatiana Marchenko,                    :
                    Appellant        :
                                     :
            v.                       :    No. 2021 C.D. 2015
                                     :
The Zoning Hearing Board of          :
Pocono Township, Monroe              :
County, Pennsylvania, and            :
Pocono Township                      :
                                     :
Appeal of: Tatiana Marchenko         :

# **O R D E R**

NOW, November 14, 2016, upon consideration of appellees' application for reargument and appellant's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge